In the Matter of TRAYVAUGHN F. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; WILLIAM F., Respondent. WILLIAM L. KOSLOSKY, ESQ., Law Guardian, Appellant. [893 NYS2d 922]—Appeal from an order of the Family Court, Oneida County (Randal B. Caldwell, J.), entered March 26, 2009 in a proceeding pursuant to Social Services Law § 384-b. The order dismissed the petition to terminate the parental rights of respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Smith, J.P., Peradotto, Lindley, Green and Gorski, JJ.

In the Matter of CYNTHIA JOY ALEXANDER, Appellant, v JOSEPH J. PALAKA, III, Respondent. [893 NYS2d 789]—Appeal from an order of the Family Court, Oneida County (Brian M. Miga, J.H.O.), entered June 13, 2008 in a proceeding pursuant to Family Court Act article 6. The order, among other things, awarded respondent physical custody of the parties' child.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Smith, J.P., Peradotto, Lindley, Green and Gorski, JJ.